IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, : | |
| : | Civil Action 2:10-cv-00786 |
| Plaintiffs : | |
| : | Judge Graham |
| v. : | |
| : | Magistrate Judge Abel |
| Masonary Works, Inc. and Robert Cerimele, Individually and : | |
| as Officer of Masonary Works, Inc., : | |
| Defendants : | |
| : | |

## Order Requiring Status Report

On February 24, 2012, Judge Graham ordered this case stayed as to Masonary Works, Inc. because it had filed a petition in bankruptcy and dismissing defendant Robert Cerimele without prejudice. Within **fourteen (14) days of the date of this Order,** counsel are DIRECTED to make a report on the status of Masonary Works, Inc.'s bankruptcy, also indicating whether plaintiffs made a claim in bankruptcy and, if so, whether this case can be dismissed.

s/Mark R. Abel
United States Magistrate Judge